IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:08-00044 |
| | ) JUDGE HAYNES |
| SYLVESTER RAYMOND LEWIS, | ) |
| Defendant. | ) |

## O R D E R

The trial of this action is hereby set for **Tuesday, June 3, 2008, at 9:00 a.m.**

Any plea agreement shall be consummated by **12:00 p.m., Friday, May 16, 2008**, and the Courtroom Deputy so notified. Any plea agreement shall be heard at **11:30 a.m., Monday, May 19, 2008**. No plea agreement will be entertained unless it is in compliance with this Order. If there is a plea agreement, the United States shall submit a summary of the elements of offense(s) to which the Defendant is pleading guilty by **12:00 p.m., Monday, May 19, 2008**.

Any motion requiring an evidentiary hearing will be filed by the close of business on **Tuesday, April 22, 2008** and a response one week thereafter.

If an evidentiary hearing is required, the motion is set for hearing on **Monday, May 5, 2008 at 2:30 p.m. Counsel shall e-mail memoranda of law to the Court's chambers at Megan_Gregory@tnmd.uscourts.gov**.

Any motion for a continuance shall be filed at least two weeks prior to trial and shall be support by an affidavit stating the reasons for the continuance. A speedy trial waiver executed by the Defendant shall also accompany such motion. In addition, the motion shall set forth proposed alternative trial dates and other pretrial deadlines consistent with the Court's standard

Order that are agreeable to counsel for all parties. Failure to comply with these requirements can constitute grounds to deny the motion.

**The Court's staff is not authorized to entertain any telephonic requests for a continuance or extension of any deadlines in this Order, Notice or set by a Local Rule of Court. Such a request shall be considered only upon a motion made in open court or by a written motion of a party or joint motion of the parties.**

It is so **ORDERED**.

**ENTERED** this the 14th day of April, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge

2