UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
MIDDLE DIVISION

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:08-00044
) JUDGE HAYNES
)
SYLVESTER RAYMOND LEWIS )

[Handwritten annotation: ORDER. Given the reasons for the 10 months; condition in lieu of a 70 months sentence for a Defendant with a criminal history IV, this violation is DENIED. /s/ 2-20-13]

MOTION TO MODIFY CONDITION OF SUPERVISED RELEASE

Pursuant to 18 U.S.C. § 3583(e)(2) and Rule 32.1(c) of the Federal Rules of Criminal Procedure, Sylvester Lewis respectfully moves to modify one of the conditions of his supervised release mandating that he be confined in a Community Correction Center for a period of ten (10) months (D.E. 47). Mr. Lewis respectfully requests that the Court modify this condition by eliminating the mandate to report to Diersen Charities Halfway House on February 8, 2013. Mr. Lewis agrees that the other conditions imposed by this Court are appropriate. 18 U.S.C. § 3583(e)(2) states, in relevant part:

> (e) Modification of Conditions or Revocation.— The court may, after considering the factors set forth in section 3553 (a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)—
>
> . . .
>
> (2) . . . modify, reduce, or enlarge the conditions of supervised release, *at any time prior to the expiration or termination of the term of supervised release*, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the terms and conditions of post-release supervision;

(Emphasis supplied)