UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:08-cr-00044 |
| ) | |
| ) | CHIEF JUDGE HAYNES |
| SYLVESTER RAYMOND LEWIS ) | |

*[Handwritten: Granted. This motion is granted. 10/21/13]*

MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney Van S. Vincent for Assistant United States Attorney Brent Adams Hannafan. In support of this motion, the undersigned submits that the above-captioned case has been re-assigned to Assistant United States Attorney Van S. Vincent.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney

s/Van S. Vincent
VAN S. VINCENT
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151